DocuSign Envelope ID: 163C6C04-455C-4C67-9C60-3B78C413E584

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/18
```

**EXHIBIT A**

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS J. OLSEN, Individually and on behalf of all other persons similarly situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NARS Cosmetics, INC., )<br>)<br>)<br>Defendant. )<br>) | Case No. 18-CV-03925 (CM)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made and each party to bear its or their own fees and costs.

Date: ~~June~~ July 2, 2018

_____
Douglas B. Lipsky, Esq.
Christopher H. Lowe, Esq.
**LIPSKY LOWE LLP**
630 Third Avenue, Fifth Floor
New York, NY 10017
E-mail: doug@lipskylowe.com
Phone: (212) 444-1024
*Attorneys for Plaintiff*

SO ORDERED:
_____
Hon. Colleen McMahon

_____
Joshua A. Stein, Esq.
Maxine Adams, Esq.
**EPSTEIN, BECKER & GREEN, P.C.**
250 Park Ave.
New York, NY 10177
Email: jstein@ebglaw.com
Phone: (212) 351-4660
*Attorneys for Defendant*

Date: 7/9/2018

17